UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH M. CARPINO, | ) | 3:18-cv-00506-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 24, 2020 |
| DR. MARTIN NAUGHTON, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Stay Proceedings (ECF No. 18).

Good cause appearing, Plaintiff's Motion to Stay Proceedings (ECF No. 18) is **GRANTED**. This case is **STAYED** for a period of ninety (90) days.

The Courtroom Administrator shall schedule a status conference in approximately ninety (90) days.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
          Deputy Clerk