AARON D. FORD
 Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Marsha Johns, Melissa Mitchell,*
*Dana Marks, and Martin Naughton*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CARPINO, | Case No. 3:18-cv-00506-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |
| DR. MARTIN NAUGHTON, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, Joseph Carpino, in pro per, and by defendants, Dr. Martin Naughton, Dr. Dana Marks, Dr. Marsha Johns, and Melissa Mitchell that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Settlement Conference which concluded on October 14, 2020.

DATED: FEBRUARY 3rd, 2021

By: /s/ Joseph Carpino
Joseph Carpino
*Plaintiff Pro Se*

DATED: February 9th, 2021

By: /s/ Andrea M. Dominguez
Andrea M. Dominguez, Bar No. 15209
Deputy Attorney General
*Attorneys for NDOC Defendants*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: **February 10, 2021**